**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DEBORAH WHITESIDE,                        *
                                          *
                    Plaintiff,            *
v.                                        *
                                          *
CAROLYN W. COLVIN, Acting                 *        No. 2:13CV00166-JLH-JJV
Commissioner, Social Security             *
Administration                            *
                                          *
                    Defendant.            *

## ORDER

Defendant has filed an Answer and transcript of the administrative proceedings.  Plaintiff must file a brief on or before **Friday, April 18, 2014.**  The brief must identify specific points for appeal. **Plaintiff's failure to file a timely brief may result in dismissal for failure to prosecute.**

Defendant must file a brief within **forty-two (42) days** of the date Plaintiff's brief is served. Defendant's brief must respond to the issues raised in Plaintiff's brief and may include additional relevant issues.  Each party must serve a copy of their brief on the opposing party the day of filing and file a certificate of service with the brief. Briefs should provide a history of the administrative proceedings and statement of facts, and identify specific points for appeal together with relevant law and argument. They should include citations of legal authority in support of arguments made. These citations should include specific page references within the case where the cited point is discussed. Briefs should also include citations to referenced portions of the transcript supporting the party's arguments.

IT IS SO ORDERED this 7th day of March, 2014.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE