## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

DEBORAH WHITESIDE                                                                                PLAINTIFF

v.                                        No. 2:13CV00166 JLH-JJV

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration                                                                                    DEFENDANT

### ORDER

On August 15, 2014, United States Magistrate Judge Joe J. Volpe issued a recommended disposition in which he recommended that the Court affirm the decision of the Commissioner of the Social Security Administration to deny Deborah Whiteside's application for benefits. No objections have been filed. The recommended disposition is adopted as the disposition of the Court. The decision of the Commissioner of the Social Security Administration denying Deborah Whiteside's application for benefits is affirmed. Deborah Whiteside's complaint is dismissed with prejudice.

IT IS SO ORDERED this 4th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE