## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

DEBORAH WHITESIDE                                                                                  PLAINTIFF

v.                                      No. 2:13CV00166 JLH-JJV

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration                                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, the decision of the Commissioner of the Social Security Administration denying Deborah Whiteside's application for benefits is affirmed. Deborah Whiteside's complaint is dismissed with prejudice.

IT IS SO ORDERED this 4th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE